AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERRY LYNN HIGH,

    Petitioner,

vs.

DEBORAH A. HICKEY, Warden,

    Respondent.

CIVIL ACTION NO.: CV208-106

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, filed an action under 28 U.S.C. § 2241. In a letter to the Clerk dated August 21, 2008, Petitioner advises that he has an action pending in the United States District Court for the District of South Carolina, Charleston Division, that may resolve the issues urged in this action. Petitioner asks that this action be forwarded to Charleston or returned to him without prejudice. This *habeas corpus* action is **DISMISSED**, without prejudice.

SO ORDERED, this 27th day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA